# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2007

133484 & (32)(33)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RAYMOND D. DAVIS,
      Defendant-Appellee.

SC: 133484
COA: 276674
Wayne CC: 06-014376-01

_____/

      On order of the Court, the motions for immediate consideration and for stay of trial court proceedings are GRANTED. The application for leave to appeal the March 22, 2007 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

_____
Clerk

p0323